IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WRIGHT,

    Plaintiff,　　　　　　　　　　No. CIV S-09-2863 GEB DAD PS

    vs.

HILLCREST MOBILE HOME　　　　　FINDINGS AND RECOMMENDATIONS
PARK, et al.,

    Defendants.
_____/

      By an order filed October 14, 2009, plaintiff was granted twenty days to provide the court with an address at which mail can be sent directly to him or, in the alternative, to show good cause for not providing such an address. Plaintiff was cautioned that failure to file a timely notice of change of address or declaration of good cause will result in a recommendation that this action be dismissed without prejudice. The twenty-day period has now expired, and plaintiff has not filed a notice of change of address, a declaration of good cause, or any other response to the court's order.

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to comply with a court order and failure to prosecute this action. See Fed. R. Civ. P. 41(b); Local Rule 11-110.

/////

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\wright2863.fsc

2